Cory R. Gangle, Esq.
State Bar No. 7005
GANGLE LAW FIRM, PC
Lambros Building
3011 American Way
P.O. Box 16356
Missoula, Montana 59806
Office:      (406) 273-4304
Fax:         (406) 437-9115
Email:       cory@ganglelaw.net

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| FRANK B. MILLER, JR., | ) | Cause No. CV 15-102-M-DLC |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION TO** |
| | ) | **DISMISS** |
| vs. | ) | |
| | ) | |
| CROWN CASTLE, NCWPCS MPL 28-YEAR SITES TOWER HOLDINGS, LLC AND CCATT, LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    COME NOW the Plaintiff, through his undersigned counsel of record, and respectfully requests that this case be dismissed with prejudice on grounds that the parties have settled this matter on the merits.

This motion is unopposed.  A proposed Order is attached.

DATED this 22nd day of June, 2016.

> GANGLE LAW FIRM, PC
> *Attorneys for Plaintiff*
>
> By: /s/Cory R. Gangle
> Cory R. Gangle

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the following individuals by the means designated below this 22nd day of June, 2016:

| | |
|---|---|
| [x] CM/ECF<br>[ ] U.S. Mail<br>[ ] Fed Ex<br>[ ] Hand-Delivery<br>[ ] Facsimile<br>[ ] Email | Matthew A. Baldassin<br>CROWLEY FLECK, PLLP<br>305 South 4th Street East,<br>Suite 100<br>Missoula, MT  59801 |

> By: /s/Angie Fortney
> Angie Fortney